IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYSHON THOMAS,

      Plaintiff,                            CV F 06 0649 AWI WMW   P

     vs.                                   ORDER RE MOTION (DOC 10 )

MADERA COUNTY DEPT.
OF CORRECTIONS, et al.,

      Defendants.

      Plaintiff has filed a motion requesting adequate access to legal resources in order to prepare a defense. Until such time as the court orders service of process of the complaint and a dispositive motion has been filed, or the court dismisses the complaint with leave to amend, no court deadlines exist. Once an answer has been filed, a schedule for litigation will be issued. There are no court deadlines outstanding at this time.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for access to adequate legal tools and technology is denied.

IT IS SO ORDERED.

**Dated:**   **December 26, 2006**              **/s/ William M. Wunderlich**

1

mmkd34                                  UNITED STATES MAGISTRATE JUDGE