IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYSHON THOMAS,

        Plaintiff,           CV F 06 00649 AWI WMW PC

   vs.                        ORDER RE MOTION (DOC 18)

MADERA COUNTY
DEPT. OF CORRECTIONS, et al.,

        Defendants.

    Plaintiff, an inmate in the custody of the Madera County Department of Corrections at the Madera County Jail, has filed a motion titled as a "Motion Requesting Court Order for Adequate Legal Tools, Technology/Materials to Assist Legal Assistance, In Unobstructed Access to Courts For Effective Defense Preparation, Contemplated Litigation, and Motions Within This Case, With Declaration."

    Plaintiff specifically requests "a computer which is a typewriter with memory, with internet access of Nexus Lexus Law, and West's Law Research paid for by inmate welfare fund, and by family of Plaintiff."

    This case is a civil rights action brought by Plaintiff, claiming unconstitutional conditions of confinement.  The complaint has been dismissed for failure to state a claim, and Plaintiff has

been granted leave to file an amended complaint.  The complaint failed for want of factual allegation.  The legal issues in this case are clear.  Plaintiff failed to allege facts sufficient to state a claim for relief.  As to Plaintiff's criminal case, any issue regarding his defense of that case should be brought before the appropriate court.  The only case in this court is Plaintiff's civil rights action.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied.

IT IS SO ORDERED.

**Dated:   March 27, 2008**               **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE