IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYSHON THOMAS,

        Plaintiff,        CV F 06 0649 AWI WMW PC

   vs.                  ORDER

MADERA COUNTY DEPT. OF CORRECTIONS, et al.,

        Defendants.

    On April 29, 2008, findings and recommendations were entered, recommending that this action be dismissed for Plaintiff's failure to file an amended complaint. Plaintiff has filed an amended complaint. Accordingly, IT IS HEREBY ORDERED that the April 29, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:**   **May 5, 2008**                /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE