IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYSHON THOMAS,

       Plaintiff,        1: 06 CV 0649 AWI WMW PC

  vs.                 FINDINGS AND RECOMMENDATION
                        RE MOTION FOR INJUNCTIVE RELIEF (DOC 24)

MADERA COUNTY DEPT. OF CORRECTIONS, et al.,

       Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's motion for injunctive relief.

      Plaintiff brings this civil rights action against Madera County correctional officials, challenging conduct that occurred while Plaintiff was housed at the Madera County Jail. Plaintiff seeks an injunction directing Madera County officials to provide him with law library access.

      Court records indicate that plaintiff is no longer incarcerated at that institution. When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions. See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir. 1984). Accordingly, plaintiff's request[s] should be denied as moot.

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:    February 26, 2009**              /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE