# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>MADERA COUNTY DEPARTMENT<br>OF CORRECTIONS , et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-649 AWI WMW (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING REQUEST FOR INJUNCTIVE RELIEF<br><br>(Docs. 24, 28) |

    Plaintiff Rayshon Thomas ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 16, 2008, plaintiff filed a request for an injunctive order granting him access to "legal technology tools" at the Madera County Jail. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 26, 2009, the Magistrate Judge filed a Findings and Recommendation herein which was served on plaintiff. On March 24, 2009, plaintiff filed objections to the Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Plaintiff's objections do not address the substance of the Findings and Recommendation, which recommends denying relief because Plaintiff is no longer at the Madera County Jail. Plaintiff's request for "legal technology tools" is moot because he is no longer subject to the conditions of the Madera County Jail. See Nelson v. Heiss, 271 F.3d 891, 897 (9th Cir. 2001);

1

Dilley v. Gunn, 64 F.3d 1365, 1368 (9th Cir. 1995); Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991). Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation filed February 26, 2009, is adopted in full; and
2. Plaintiff's request for injunctive relief regarding "legal technology tools" is DENIED.

IT IS SO ORDERED.

**Dated:    March 26, 2009**             /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE