# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS, | CASE NO. 1:06-cv-00649-AWI-YNP PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Doc. 31, 34) |
| MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff Rayshon Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's "Motion to Accept Appealed Motions by Mailbox Rule After Interference by Authorities on 4/23/09." Plaintiff filed the motion on May 8, 2009. (Doc. #31.) Plaintiff states in his motion that "[a]uthorities interference via with[h]eld legal mail on 4/23/09 violates access to the courts and causes injury on this appeal. See envelope dated 4/23/09 as well as complaint EXH 'A'." (Mot. to Accept Appealed Motions by Mailbox Rule After Interference by Authorities on 4/23/09 1.) Under "Conclusion," Plaintiff writes "ask mandamus appeals be accepted." (Mot. to Accept Appealed Motions 3.)

The Court is unable to determine what relief Plaintiff is seeking in his motion. Accordingly, Plaintiff's motion will be denied.

On July 2, 2009, Plaintiff filed a motion for an extension of time for any deadlines in this case because prison authorities are holding Plaintiff's legal mail. There are no pending deadlines

1 in this case. This action is currently pending the screening of Plaintiff's first amended complaint. After the Court screens Plaintiff's first amended complaint, Plaintiff will be notified of any applicable deadlines. Therefore, Plaintiff's motion for extension of time will be denied because there are no applicable deadlines to extend.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion, filed on May 8, 2009, is DENIED; and
2. Plaintiff's motion for extension of time, filed on July 2, 2009, is DENIED.

IT IS SO ORDERED.

**Dated:** **February 1, 2010**             /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE