1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | RAYSHON THOMAS, ) | 1:06-cv-00649-AWI-GSA-PC |
| 12 | Plaintiff, ) | ORDER DENYING MOTIONS FOR EXTENSION OF TIME |
| 13 | v. ) | (Docs. 55, 56, 57, 58.) |
| 14 | MADERA CO. DEPT. OF CORR., ) et al., ) | |
| 15 | Defendants. ) | |
| 16 | ) | |
| 17 | _____ ) | |

18

  Rayshon Thomas ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action

19

pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint on May 26, 2006.  (Doc. 1.)  On March 24,

20

2008, the Court dismissed Plaintiff's Complaint for violation of Rule 8(a) of the Federal Rules of Civil

21

Procedure, with leave to amend.  (Doc. 19.)  On April 28, 2008, Plaintiff filed the First Amended

22

Complaint.  (Doc. 22.)

23

  On April 9, 2010, the Court dismissed Plaintiff's First Amended Complaint for failure to state

24

a claim, with leave to file a Second Amended Complaint.  (Doc. 36.)  To date, Plaintiff has not filed a

25

Second Amended Complaint, despite requesting and being granted multiple extensions of time.  On May

26

23, 2011, the Court granted Plaintiff a final, thirty-day extension of time in which to file the Second

27

Amended Complaint.  (Doc. 54.)  Plaintiff was forewarned in the order that if he "file[d] any other

28

1

document, or fail[ed] to file an amended complaint, a recommendation of dismissal [would] be entered."
( Id. at 3:12-14.)  Plaintiff subsequently filed four motions for extension of time, but no amended
complaint.  (Docs. 55, 56, 57, 58.)  Thus, the Court shall issue, by separate order, a recommendation to
dismiss this action.  Therefore, Plaintiff's motions for extension of time shall be denied.

Accordingly, Plaintiff's motions for extension of time, filed on June 3, 2011, June 30, 2011,
August 18, 2011, and September 26, 2011, are DENIED.


IT IS SO ORDERED.

**Dated:    February 13, 2012            /s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2