1

2

3                          IN THE UNITED STATES DISTRICT COURT

4                        FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6   RAYSHON THOMAS,                        1:06-cv-00649-AWI-GSA-PC

7              Plaintiff,                  ORDER ADOPTING FINDINGS
                                           AND RECOMMENDATIONS
8        vs.                               (Doc. 60.)

9   MADERA CO. DEPT. OF CORR.,             ORDER DISMISSING ACTION, WITH
    et al.,                                PREJUDICE, FOR FAILURE TO STATE
10                                         A CLAIM UPON WHICH RELIEF MAY
                                           BE GRANTED
11             Defendants.
                                           ORDER THAT DISMISSAL IS SUBJECT
12                                         TO 28 U.S.C. § 1915(g)

13                                         ORDER DIRECTING CLERK TO CLOSE CASE

14  _____/

15       Rayshon Thomas ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action

16  pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

17  28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

18       On February 14, 2012, findings and recommendations were entered, recommending that this

19  action be dismissed based on Plaintiff's failure to state a claim upon which relief may be granted under

20  § 1983.  Plaintiff was provided an opportunity to file objections to the findings and recommendations

21  within twenty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings

22  and recommendations.[1]

23       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court

24  has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds

25  the findings and recommendations to be supported by the record and proper analysis.

26

27      [1]The United States Postal Service returned the order on March 1, 2012 as undeliverable.  (See Court Record.)  A
    notation on the envelope indicates that Plaintiff refused to sign for the mail.  Id.

28                                         1

Accordingly, THE COURT HEREBY ORDERS that:

1.   The Findings and Recommendations issued by the Magistrate Judge on February 14, 2012, are adopted in full;

2.   This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted;

3.   This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g); and

4.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    April 27, 2012

                                         CHIEF UNITED STATES DISTRICT JUDGE

2